UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1047 JMR/SRN

Carlson Realty Company )
)
v. ) ORDER
)
Wang's International, Inc. )

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: November 16, 2000

JAMES M. ROSENBAUM
United States District Judge

FILED NOV 21 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK