**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

CARLSON REAL ESTATE COMPANY,
a Minnesota limited partnership,

Plaintiff,

vs.

WANG'S INTERNATIONAL, INC.,
a Tennessee corporation,

Defendant.

Court File No. 00-1047(JMR/SRN)

**ORDER**

WHEREAS, the parties have entered into an Agreement of Settlement and Compromise, and

WHEREAS, Defendant Wang's International, Inc. simultaneously executed a Stipulation for Entry of Judgment; and

WHEREAS, the Agreement of Settlement and Compromise provided that the Stipulation for Entry of Judgment would not be filed unless Defendant Wang's International, Inc. defaulted under the terms of the Stipulation for Entry of Judgment; and

WHEREAS, Defendant Wang's International, Inc. has in fact defaulted under the terms of the Agreement and Settlement and Compromise by failing to make any payments to Plaintiff Carlson Real Estate Company; and

WHEREAS, Plaintiff Carlson Real Estate Company has petitioned the Court for entry of judgment against Defendant Wang's International, Inc.;

FILED SEP 21 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED SEP 21 2001
DEPUTY CLERK'S INITIALS ______

NOW, THEREFORE, the Court makes the following

**ORDER**

1. Judgment is hereby ENTERED against Defendant Wang's International, Inc.; and

2. Plaintiff is awarded Judgment against Defendant Wang's International, Inc., in the amount of Two Hundred Fifty Five Thousand Four Hundred Sixty Eight and 57/100 dollars ($255,468.57).

There being no reason for delay, LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 20d day of September, 2001.

BY THE COURT:

James M. Rosebaum, Judge
United States District Court